AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

NEVADA STATE BANK,

      Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:07-CV-00595-ECR-RAM**

JOHN D. REYNEN, JAMES KASSIS,
R&K TUCKER RANCH, LLC,

      Defendants.

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Nevada State Bank (NSB) and against R&K Tucker Ranch, LLC (R&K), on all claims asserted by NSB in its AAA Counterclaim in the total principal amount of $2,850,453.00 with interest to accrue on said Judgment from on or after April 10, 2009 at the rate of 3.5% over the index rate which is determined daily by NSB on the basis of the published commercial loan variable rate index held by tow of the following banks: JP Morgan Chase & Co., Wells Fargo Bank N.A. and Bank of America, NA; until paid in full with each party to bear its own attorney's fees and costs.

  October 19, 2009                               **LANCE S. WILSON**
                                                                    Clerk

                                                                      /s/ D. R. Morgan
                                                                     Deputy Clerk